UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CIVIL RIGHTS COMPLAINT FORM FOR
PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER
28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

DeAngelo Woods,

Inmate ID Number: 133841,

_____,

*(Write the full name and inmate ID number of the Plaintiff.)*

RECEIVED BY
UNION CORRECTIONAL INSTITUTION
DEC 28 2023
FOR MAILING

Case No.: 3:24cv11-MCR-ZCB
*(To be filled in by the Clerk's Office)*

v.

Caption Igo,

Seargent Craft,

_____,

**Jury Trial Requested?**
☒ YES  ☐ NO

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

/

**I. PARTIES TO THIS COMPLAINT**

A. Plaintiff

Plaintiff's Name: DeAngelo Woods    ID Number: 133841

List all other names by which you have been known: Dee or Shamer

Current Institution: Union Correctional Institution

Address: 7819 N.W. 228th Street Raiford, Florida 32026 P.O. Box 1000 Raiford, Florida 32083

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: Igo

    Official Position: Caption

    Employed at: Century Correctional Institution

    Mailing Address: 400 Tedder Road, Century, Florida 32535

    ☒ Sued in Individual Capacity    ☐ Sued in Official Capacity

2. Defendant's Name: __Craft__

   Official Position: __Seargent__

   Employed at: __Century Correctional Institution__

   Mailing Address: __400 Tedder Road, Century, Florida 32535__

   ☒ Sued in Individual Capacity   ☐ Sued in Official Capacity

3. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   ☐ Sued in Individual Capacity   ☐ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☒ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee          ☐ Civilly Committed Detainee

☒ Convicted State Prisoner   ☐ Convicted Federal Prisoner

☐ Immigration Detainee       ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. **Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

1. On February 19, 2023, while the Plaintiff was incarcerated at Century Correctional Institution, Plaintiff was involved in an altercation that caused him to be placed in Segregation.

2. On June 21, 2023, as Plaintiff's was still in Segregation, Defendant Igo approached Plaintiff's cell door accusing him of yelling and throwing trash on the unit.

3. Plaintiff explained to Defendant Igo that he was not the person yelling and throwing trash on the unit. Plaintiff said that it was the inmate next door to him.

4. As to the claim in paragraph 3, there was trash on the floor in front of the cell next to the Plaintiff's cell door.

5. Defendant Igo become very angry and stated, "You think I'm stupid, your ass is getting sprayed today."

6. Defendant Igo then summoned for Defendant Craft to assist him in spraying the Plaintiff with chemical agents.

7. Defendants Igo and Craft approached Plaintiff's cell door with a canister of mace to spray the Plaintiff.

**Statement of Facts Continued** *(Page 2 of 2)*

8. Defendants Igo and Craft, without need of provocation to do so, sprayed the Plaintiff twice with chemical agents maliciously and sadistically.

9. Plaintiff was decontaminated and seen by medical personal for a use-of-force-examination.

10. As a means of further mistreatment, Defendants Igo and Craft placed Plaintiff on 72 hour property restriction.

11. As to the claim in paragraph 10, Plaintiff was placed inside his cell without a mattress, blanket, sheets, or any personal items, for a total of 3 days.

Exhaustion of Administrative Remedies

12. Plaintiff has exhausted his available administrative remedies in this action.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

13. The actions of Defendants Igo and Chait in administering chemical agents on the Plaintiff without need or provocation to do so, was done maliciously and sadistically and constituted cruel and unusual punishment in violation of the Eighth Amendment of the United States Constitution.

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

Page 8

14. The actions of Defendants Igo and Craft in placing the Plaintiff inside an empty cell without a mattress, blanket, sheets, clothing, or any personal hygiene items for a total of 3 days was done maliciously and sadistically and constituted cruel and unusual punishment in violation of the Eighth Amendment of the United States Constitution.

## VI RELIEF REQUESTED

WHEREFORE, Plaintiff requests that the court grant the following Relief:

A. Award punitive damages in the following amounts:
1. $10,000.00 against Defendant Igo
2. $10,000.00 against Defendant Craft

B. Grant such other relief as it may appear that Plaintiff is entitled

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII. PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES   ☒ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date:_____ Case #: _____

    Court: _____

2. Date:_____ Case #: _____

    Court: _____

3. Date:_____ Case #: _____

    Court: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either **state or federal court** dealing with the same facts or issue involved in this case?

☐ YES ☒ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #:_____ Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

☐ YES  ☒ NO

If you answered yes, identify all lawsuits:

1. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

3. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____

4. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____

5. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____

6. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____

   *(Attach additional pages as necessary to list all cases.* **Failure to disclose all prior cases may result in the dismissal of this case.**)

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 12-28-23   Plaintiff's Signature: *DeAngelo Woods*

Printed Name of Plaintiff: DeAngelo Woods

Correctional Institution: Union Correctional Institution

Address: P.O. Box 1000, Raiford, Fl 32083

---

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☒ delivered to prison officials for mailing or ☐ deposited in**

the prison's mail system for mailing on the __28__ day of __Dec__,
20__23__.


Signature of Incarcerated Plaintiff: _____

DeAngelo Woods
#133841
Union Corr. Inst.
P.O. Box 1000
Raiford, FL 32083

Mailed from a State Correctional Institution



Clerk, U.S. District Court
One North Palafox Street
Pensacola, FL 32502-5658

JAN 0 8 2024

LEGAL MAIL