UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEANGELO WOODS,

    Plaintiff,

vs.   Case No.: 3:24cv11/MCR/ZCB

CAPTAIN IGO, et al.,

    Defendants.
_____/

### **ORDER**

The magistrate judge issued a Report and Recommendation on February 7, 2025. (Doc. 33). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 33) is adopted and incorporated by reference in this order.

2. Defendants' motion for summary judgment (Doc. 25) is **GRANTED**.

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 13th day of June 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**